# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

BEVERLY ARLENE MORAINE,   Civil No. 08-5982 (JRT/RLE)

                       Plaintiff,

v.   **ORDER ADOPTING REPORT AND RECOMMENDATION**

SOCIAL SECURITY
ADMINISTRATION,

                       Defendant.

Beverly Arlene Moraine, 1114 17th Avenue North, South St. Paul, MN 55075, pro se plaintiff.

Lonnie Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, dated February 16, 2010, and no objections having been filed to said Report and Recommendation.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1.    The Plaintiff's Motion for Summary Judgment [Docket No. 24] is **denied**.

2.    The Defendant's Motion for Summary Judgment [Docket No. 29] is **denied**.

3.    This matter is remanded to the Commissioner for further proceedings, in

accordance with this Report, pursuant to Sentence 4 of Title 42 U.S.C. §405(g), and that Judgment should be entered accordingly.

    4.    Pursuant to the holding in <u>Shalala v. Schaefer</u>, 509 U.S. 292, 297 (1993), Judgment is entered accordingly.


Dated: March 8, 2010  
at Minneapolis, Minnesota                                   <u>    s/ John R. Tunheim    </u>  
                                                                   JOHN R. TUNHEIM  
                                                          United States District Judge